IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:14-cr-015** |
| **v.** | : | |
| **NATHAN MOSLEY** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

**AND NOW**, this 16th day of May, 2017, **IT IS HEREBY ORDERED** that the motion for relief pursuant to 28 U.S.C. § 2255 is **DENIED** for the reason set forth in the accompanying memorandum of law.

Any appeal from this memorandum and order is deemed frivolous and not taken in good faith.

                                                             s/Sylvia H. Rambo
                                                            SYLVIA H. RAMBO
                                                            United States District Judge