IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**    :    **Crim. No. 1:14-CR-00015-03**

                         :

           **v.**                 :

                         :

**NATHAN MOSLEY.**          :      **Judge Sylvia H. Rambo**

# O R D E R

**AND NOW**, upon consideration of Defendant Nathan Mosley's counseled Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 based on *United States v. Davis*, 139 S. Ct. 2319 (2019), (Doc. 244), **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion is **DENIED** for the reasons set forth in the Court's accompanying memorandum; and

2. There is no basis for the issuance of a certificate of appealability.

**SO ORDERED.**

                                */s/ Sylvia H. Rambo*
                                SYLVIA H. RAMBO
                                United States District Judge

Dated: March 24, 2021